

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Mary  M.  Rawls v. Jeffrey Clark  Rawls

Appellate case number:    01-13-00568-CV

Trial court case number:  2007-61678

Trial court:              246th District Court of Harris County

      We are in receipt of a letter from appellant dated December 31, 2013, in which appellant requests that we deem appellant's brief filed on December 23, the date on which the brief was filed but rejected with a request that it be corrected and refiled.  We construe the letter as a motion for extension of time to file brief.  We **GRANT** the motion and deem appellant's brief timely filed on December 30, 2013.  Accordingly, Appellee's brief is due January 29, 2014. TEX. R. APP. P. 38.6(b).

      It is so ORDERED.

Judge's signature:/s/ <u>Justice Rebeca Huddle</u>
               ☒Acting individually     ☐ Acting for the Court

Date:  January 7, 2014